THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JFXD TRX ACQ LLC, dba TRX, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QING DAO LAN JING LING JIAJUYOUXIANGSI, dba Lecardio,<br><br>Defendant. | Case No.: 2:24-CV-00564-TL<br><br>**STIPULATED FINAL JUDGMENT AND ORDER**<br><br>NOTED FOR CONSIDERATION:<br>JULY 22, 2024 |

This Order is entered pursuant to the Parties' Joint Stipulation and Motion for Final Judgment. In this action, Plaintiff JFXD TRX ACQ LLC ("TRX"), alleged that Defendant QING DAO LAN JING LING JIAJUYOUXIANGSI ("Lecardio") offers three products called "Lecardio Resistance Bands Handles," "Lecardio Resistance Band Handles," and "Two pairs of Lecardio Resistance Band Handles" (collectively, the "Accused Products") on Amazon.com® and other websites (ASIN Numbers B0CM5T5VP8, B0C23BJX5T, and B0CWQ3G42B). The Accused Products infringe three of TRX's Patents, namely U.S. Design Patent Nos. D979,676, D980,928, and D985,697.

STIPULATED FINAL JUDGMENT AND ORDER - 5

135609.0003/9812311.3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

The Parties entered into a Settlement Agreement and together file this Joint Stipulation and Order for Final Judgment in the present action. The Parties stipulate that:

(1)  U.S. Patent Nos. D979,676, D980,928, and D985,697 (collectively, the "TRX Design Patents") are valid and enforceable;

(2)  the Accused Products as more as set forth in Plaintiff's Complaint (Dkt. 1, ¶¶1-5) infringes the TRX Design Patents;

(3)  the Parties have entered into a Confidential Settlement Agreement to resolve this case to the mutual satisfaction of the parties; and

(4)  each Party shall bear its own attorneys' fees and costs in connection with this action.

THEREFORE, on joint motion of TRX and Lecardio, the Court finds good case to grant the motion. It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1)  This court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331 and 1338 because one or more counts arise under the laws of the United States and more particularly under 35 U.S.C. § 271 (The Patent Act).

(2)  Venue in this matter is proper in the Western District of Washington.

(3)  The Parties have entered into this Stipulated Final Judgment and Order freely without coercion.

(4)  The Parties hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

(5)  Each Party shall bear its own costs and attorneys' fees incurred in connection with this Order.

STIPULATED FINAL JUDGMENT AND ORDER - 2

135609.0003/9812311.3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

(6)     This Court shall retain jurisdiction of this matter for the purpose of enabling the Parties to apply to the Court for further orders, interpretation, or directives as may be necessary for the enforcement or compliance of this Order.

SO ORDERED on July 22nd, 2024.

_____
The Honorable Tana Lin
United States District Court Judge

STIPULATED FINAL JUDGMENT AND ORDER - 3

135609.0003/9812311.3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107